# Court of Appeals
# of the State of Georgia

ATLANTA, December 31, 2021

*The Court of Appeals hereby passes the following order*

**A22D0158. IN THE INTEREST OF N. E. K., A CHILD (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

21JV021



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 31, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*